IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ronald Pitts | ) |
| | ) |
| *Plaintiffs* | ) |
| | ) |
| -*vs*- | ) *jury demand* |
| | ) |
| City of Chicago and Chicago Police | ) |
| Officers B.F. Weatherly, J.L. | ) |
| Whigham, and R.L. Winfrey, | ) |
| | ) |
| *Defendants* | ) |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1.     This is a civil action arising under 42 U.S.C. Section 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1343.

2.     Plaintiff Ronald Pitts is a resident of the Northern District of Illinois.

3.     Defendant City of Chicago is an Illinois municipal corporation.

4.     Defendants B.F. Weatherly, J.L. Whigham, and R.L. Winfrey were at all times relevant acting under color of their office as Chicago police officers.

5.     On March 2, 2012, defendants Weatherly, Whigham, and Winfrey sought to arrest plaintiff.

6.     In the course of arresting plaintiff, one or more of defendants Weatherly, Whigham, and Winfrey used excessive and unreasonable deadly force, shooting into plaintiff's motor vehicle, thereby causing plaintiff to flee.

7.     Defendants Weatherly, Whigham, and Winfrey pursued plaintiff's vehicle.

8.     After plaintiff's vehicle came to a stop, plaintiff emerged from his vehicle and one or more of defendants Weatherly, Whigham, and Winfrey shot at plaintiff, causing him to receive serious personal injuries.

9.     Thereafter, Chicago police officers obtained a video recording of the use of deadly force referred to in paragraph 6 above.

10.     Chicago police officers also seized plaintiff's motor vehicle and ordered that it be held as evidence in the criminal case against plaintiff.

11.     Defendants Weatherly, Whigham, and Winfrey concocted a false story to explain the use of deadly force; this story did not include any credible explanation for the initial use of deadly force referred to in paragraph 6 above; nor did the concocted story contain any credible explanation for causing plaintiff to receive serious personal injuries.

12.     Following plaintiff's arrest, Chicago police officers acting pursuant to an express policy of the City of Chicago at issue in *Conyers v.*

*Chicago*, 12-cv-6144, seized and destroyed plaintiff's personal property, including a cell phone and ring.

13.    On May 5, 2012, the City of Chicago sold plaintiff's vehicle for scrap.

14.    Plaintiff did not receive notice that his vehicle was being sold for scrap; this disposition was intended to facilitate the cover-up of the improper use of force by defendants Weatherly, Whigham, and Winfrey.

15.    Plaintiff was unable to make bail and remained at the Cook County Jail until he pleaded guilty to an offense that he could satisfy with 61 additional days of confinement.

16.    Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered against defendants in an amount in excess of five hundred thousand dollars as compensatory damages and against defendants Weatherly, Whigham, and Winfrey in an amount in excess of one hundred thousand dollars as punitive damages.

/s/  Kenneth N. Flaxman
       Kenneth N. Flaxman
       200 S Michigan Ave, Ste 201
       Chicago, IL 60604
       (312) 427-3200
       *attorney for plaintiff*