**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD PITTS, | ) | |
| | ) | No.     14 C 1486 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |

**DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
JURY DEMAND IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants Bobby Weatherly, James Whigham and Ryan Winfrey ("Defendants"), by and through one of their attorneys, Brian F. Kolp, Assistant Corporation Counsel, by and through one of their attorneys, Brian F. Kolp, Assistant Corporation Counsel, for their answer, affirmative defenses, and jury demand in response to Plaintiff's Complaint, state as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343 and 28 U.S.C. 1367.

   **ANSWER**: Defendants admit the allegations contained in this paragraph.

2. Plaintiff Ronald Pitts is a resident of the Northern District of Illinois.

   **ANSWER**: Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. Defendants B.F. Weatherly, J.L. Whigham and R.L. Winfrey were at all times relevant acting under color of their office as Chicago police officers.

   **ANSWER**: Defendants admit the allegations contained in this paragraph.

4. Defendant City of Chicago is an Illinois municipal corporation.

   **ANSWER**: Defendants admit the allegations contained in this paragraph.

5. On March 2, 2012, defendants Weatherly, Whigham, and Winfrey sought to arrest plaintiff.

**ANSWER**: Defendants admit the allegations contained in this paragraph.

6.  In the course of arresting plaintiff, one or more of defendants Weatherly, Whigham, and Winfrey used excessive and unreasonable deadly force, shooting into plaintiff's motor vehicle, thereby causing plaintiff to flee.

    **ANSWER**: Defendants deny the allegations contained in this paragraph.

7.  Weatherly, Whigham, and Winfrey pursued plaintiff's vehicle.

    **ANSWER**: Defendants Weatherly, Winfrey and the City of Chicago admit the allegations contained in this paragraph. Defendant Whigham denies the allegations contained in this paragraph.

8.  After plaintiff's vehicle came to a stop, plaintiff emerged from his vehicle and one or more of defendants Weatherly, Whigham, and Winfrey shot at plaintiff, causing him to receive serious personal injuries.

    **ANSWER**: Defendants Weatherly, Winfrey and the City of Chicago admit the allegations contained in this paragraph. Defendant Whigham denies the allegations contained in this paragraph.

9.  Thereafter, Chicago police officers obtained a video recording of the use of deadly force referred to in paragraph 6 above.

    **ANSWER**: Defendants deny the allegations contained in this paragraph.

10. Chicago police officers also seized plaintiff's motor vehicle and ordered that it be held as evidence in the criminal case against plaintiff.

    **ANSWER**: Defendants admit that Plaintiff's vehicle was impounded as a result of the criminal charges brought against Plaintiff.

11. Defendants Weatherly, Whigham, and Winfrey concocted a false story to explain the use of deadly force; this story did not include any credible explanation for the initial use of deadly force referred to in paragraph 6 above; nor did the concocted story contain any credible explanation for causing plaintiff to receive serious personal injuries.

    **ANSWER**: Defendants deny the allegations contained in this paragraph.

12. On May 5, 2012, the City of Chicago sold plaintiff's vehicle for scrap.

    **ANSWER**: Defendant City of Chicago denies the allegations contained in this paragraph. Defendants Weatherly, Whigham and Winfrey lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2

13. Plaintiff did not receive notice that his vehicle was being sold for scrap; this disposition was intended to facilitate the cover-up of the improper use of force by defendants Weatherly, Whigham, and Winfrey.

**ANSWER**: Defendants deny the allegations contained in this paragraph.

14. Plaintiff was unable to make bail and remained at the Cook County Jail until he pleaded guilty to an offense that he could satisfy with 61 additional days of confinement.

**ANSWER**: Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15. Plaintiff hereby demands trial by jury.

**ANSWER**: Defendants do not submit an answer to Plaintiff's jury demand, as no answer is necessary.

## **AFFIRMATIVE DEFENSES**

1. The individual Defendants are government officials, namely police officers, who performed discretionary functions. At all times material to the events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted said Defendants could have believed their actions to be lawful, in light of clearly established law and the information that said Defendants possessed. The individual Defendants, therefore, are entitled to qualified immunity as a matter of law.

## **JURY DEMAND**

Defendants respectfully demand a trial by jury for all issues so triable.

## **CONCLUSION**

Defendants request judgment in their favor and against Plaintiff on all counts and claims

in the Plaintiff's Complaint, dismissal of the case with prejudice and costs, and such other relief

as this court deems just and proper.

Respectfully submitted,

/s/ *Brian F. Kolp*
BRIAN F. KOLP
Assistant Corporation Counsel

3

30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0747 (P)
(312) 744-6566 (F)
Atty. No.: 6301807

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused true and correct copies of the above and foregoing **Defendants' Answer, Affirmative Defenses and Jury Demand in Response to Plaintiff's Amended Complaint** to be served upon all parties of record via ECF, on this 11th day of July, 2014.


<u>/s/ *Brian F. Kolp*</u>
BRIAN F. KOLP
Assistant Corporation Counsel