**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ronald Pitts
                      Plaintiff,

v.                                     Case No.: 1:14–cv–01486
                                              Honorable Samuel Der–Yeghiayan

City of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2014:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 02/03/15 at 9:00 a.m. All discovery shall be noticed in time to be completed by 01/30/15. Dispositive motions are to be filed by 03/06/15. Responses to the dispositive motions, if any, are to be filed by 03/27/15 and replies, if any, are to be filed by 04/10/15. In the event the parties believe a settlement conference with the Court would by useful, counsel are directed to follow this Court's settlement conference procedures as outlined on this Court's web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.