AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Ronald Pitts

V.

City of Chicago, Chicago Police Officers B.F. Weatherly, J.L. Whigham, and R.L. WInfrey

CASE NUMBER: 14-cv-1486

ASSIGNED JUDGE: Samuel Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

R.L. Winfrey
3510 S Michigan Avenue
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 201
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _twenty-one_ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Thomas G. Bruton, CLERK

(By) DE̶P̶THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE
March 7, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>March 7, 2014 |
| NAME OF SERVER *(PRINT)* | TITLE<br>attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): mailing to Office of Legal Affairs, Chicago Police Department, with request that the summons and complaint be delivered to the named officer.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 7, 2014___
          Date                Signature of Server

      200 S Michigan Ave, Ste 201, Chicago, IL 60604
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dana M. Pesha, ACC, 30 N LaSalle St., Ste 900, Chicago, IL 60602 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*